900

No. 73–7068.  Bowdach v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 73–7072.  Crowder v. Whitehead et al.  C. A. 9th Cir.  Certiorari denied.

No. 73–7078.  Gisher v. United States.  C. A. 7th Cir.  Certiorari denied.

No. 73–7083.  Ferguson v. United States.  C. A. D. C. Cir.  Certiorari denied.

No. 73–7100.  Smith v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 74–38.  Yokozeki v. State Bar of California.  Sup. Ct. Cal.  Certiorari denied.

No. 74–42.  Cubic Corp. v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 74–46.  Equity Securities Corp. et al. v. El Khadem.  C. A. 9th Cir.  Certiorari denied.

No. 74–60.  Tillem v. New Jersey.  Super. Ct. N. J.  Certiorari denied.

No. 74–64.  Abate et al. v. Pittsburgh Plate Glass Co. et al.  C. A. 3d Cir.  Certiorari denied.

No. 74–72.  Fletcher v. American Security & Trust Co., Trustee.  C. A. 4th Cir.  Certiorari denied.

No. 74–79.  Howard v. Pennsylvania.  Super. Ct. Pa.  Certiorari denied.